[No. 3757–7–III. Division Three. March 10, 1981.]

WAYNE H. TEFFT, ET AL, *Respondents,* v. CARROLL R. LEMLEY, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Spokane County, No. 243475, Thomas E. Merryman, J., entered November 29, 1979. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.

[No. 3615–4–III. Division Three. March 10, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBBIE LEE WILLIAMSON, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 79–1–00404–4, Carl L. Loy, J., entered August 31, 1979. *Affirmed* by unpublished opinion per Roe, J., concurred in by McInturff, C.J., and Munson, J.

[No. 3675–8–III. Division Three. March 10, 1981.]

LECTUS, INC., *Appellant,* v. RAINIER NATIONAL BANK, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Benton County, No. 32454, Robert S. Day, J., entered October 2, 1979. *Affirmed* by unpublished opinion per Roe, A.C.J., concurred in by Green and Munson, JJ.